JOHN E. KRAFT *v.* LORRAINE A. KRAFT
(14233)

Foti, Landau and Spear, Js.

Submitted on briefs November 6—decision released November 28, 1995

*Linda M. Guliuzza* filed a brief for the appellant (plaintiff).

*Thomas B. Lynch* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.